```
 1   ROBBINS UMEDA LLP
     BRIAN J. ROBBINS (190264)
 2   brobbins@robbinsumeda.com
     FELIPE J. ARROYO (163803)
 3   farroyo@robbinsumeda.com
     SHANE P. SANDERS (237146)
 4   ssanders@robbinsumeda.com
     KEVIN S. KIM (275200)
 5   kkim@robbinsumeda.com
     600 B Street, Suite 1900
 6   San Diego, CA 92101
     Telephone: (619) 525-3990
 7   Facsimile: (619) 525-3991

 8   [Additional Counsel on Signature Page]

 9   Attorneys for Plaintiff
```

*E-FILING*
*ADR*

**Filed**
DEC 18 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISON

| | |
|---|---|
| THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM, Derivatively and on Behalf of HEWLETT PACKARD COMPANY,<br><br>Plaintiff,<br>v.<br><br>LEO APOTHEKER, MICHAEL LYNCH, CATHERINE A. LESJACK, JAMES MURRIN, SHANE ROBISON, MARC ANDREESEN, SHUMEET BANDERJI, RAJIV GUPTA, JOHN HAMMERGREN, RAYMOND LANE, ANN LIVERMORE, GARY REINER PATRICIA RUSSO, G. KENNEDY THOMSPSON, MARGARET WHITMAN, RALPH WHITWORTH, SARI BALDAUF, DOMINIQUE SENEQUIER, LAWRENCE BABBIO, JR., DELOITTE LLP, PERELLA WEINBERG PARTNERS UK LLP, and BARCLAYS CAPITAL,<br><br>Defendants,<br>and<br><br>HEWLETT-PACKARD COMPANY,<br><br>Nominal Defendant. | Case No.<br><br>**CV12- 6416 HRL**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**BY FAX**

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the |
| 2 | name parties, there is no such interest to report. |

DATED: December 18, 2012

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS
KEVIN S. KIM

_____
SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
brobbins@robbinsumeda.com
farroyo@robbinsumeda.com
ssanders@robbinsumeda.com
kkim@robbinsumeda.com

SAXENA WHITE P.A.
JOSEPH E. WHITE, III
LESTER R. HOOKER (241590)
ADAM WARDEN
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431
Telephone: (561) 394-3399
Facsimile: (561) 394-3382
jwhite@saxenawhite.com
lhooker@saxenawhite.com
awarden@saxenawhite.com

Attorneys for Plaintiff