E-FILING

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| THE CITY OF BIRMINGHAM RETIREMENT AND RELIEF SYSTEM <br> *Plaintiff* <br> v. <br> See Attachment A <br> *Defendant* | ) ) ) ) ) ) ) ) ) ) |

Civil Action No.

**CV 12- 6416**

**HRL**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Attachment A

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brian J. Robbins
ROBBINS UMEDA LLP
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT* RICHARD W. WIEKING

Date: DEC 1 8 2012

*Signature of Clerk or Deputy Clerk*

ATTACHMENT "A" TO SUMMONS
(Defendants)

LEO APOTHEKER, MICHAEL LYNCH, CATHERINE A. LESJACK, JAMES MURRIN, SHANE ROBISON, MARC ANDREESEN, SHUMEET BANDERJI, RAJIV GUPTA, JOHN HAMMERGREN, RAYMOND LANE, ANN LIVERMORE, GARY REINER PATRICIA RUSSO, G. KENNEDY THOMSPSON, MARGARET WHITMAN, RALPH WHITWORTH, SARI BALDAUF, DOMINIQUE SENEQUIER, LAWRENCE BABBIO, JR., DELOITTE LLP, PERELLA WEINBERG PARTNERS UK LLP, and BARCLAYS CAPITAL,

Defendants,

and

HEWLETT-PACKARD COMPANY,

Nominal Defendant.